**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alonzo Jackson,                                              Civil No. 18-1174 (DWF/BRT)

          Petitioner,

v.                                                           **ORDER ADOPTING REPORT**
                                                               **AND RECOMMENDATION**

Warden R. Marques,

          Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 8, 2018.  (Doc. No. 10.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Becky R. Thorson's June 8, 2018 Report and Recommendation (Doc. No. [10]) is **ADOPTED**.

2. Petitioner's Petition for a writ of habeas corpus (Doc. No. [1]) is **DISMISSED** for lack of subject-matter jurisdiction.

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 26, 2018            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge